UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| ETHAN ALEXANDER SELF, | ) |
| *Petitioner*, | ) |
| v. | ) Case No. 3:22-CV-375-CLC-JEM |
| MIKE PARRIS, | ) |
| *Respondent*. | ) |

## JUDGMENT ORDER

For the reasons stated in the accompanying memorandum, Respondent's motion to dismiss the petition for writ of habeas corpus [Doc. 6] is **GRANTED**, and this action is **DISMISSED WITH PREJUDICE**. A certificate of appealability from this decision is **DENIED**.

Because the Court **CERTIFIED** in the Memorandum Opinion that any appeal from this order would not be taken in good faith, should Petitioner file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* Fed. R. App. P. 24.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
  s/ *LeAnna R. Wilson*
  CLERK OF COURT